MOLLIE LITZMAN, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of THOMAS D. HURST, Deceased, Appellant.— In an action to recover money alleged to have been received by defendant on plaintiff's behalf, order of the Appellate Term affirming a judgment entered in favor of plaintiff in the Municipal Court of the City of New York, Borough of Brooklyn, and the judgment of the Municipal Court, reversed on the law and the facts, with costs in all courts, and defendant's motion for judgment on the merits granted, with costs. The evidence requires a finding that the guarantee was not assigned with the bond and mortgage when those instruments were transferred after the claim on the guarantee in suit was made and allowed. Close, P. J., Adel and Aldrich, JJ., concur; Johnston and Lewis, JJ., dissent and vote to affirm.

LILLIE MONTCHAR et al., Appellants, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries, medical expenses and loss of services, sustained as a consequence of a collision between an automobile in which the plaintiffs were passengers, and a trolley car operated by defendant, judgment for defendant unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

EDWARD J. PETERSON, Respondent, v. ANNIE E. KELLEY, Appellant.— Action to recover damages for injuries suffered by plaintiff when he was knocked down by a dog on the defendant's home premises. Judgment entered on a verdict in favor of plaintiff, and order denying defendant's motion for a new trial, reversed on the facts and a new trial granted, with costs to abide the event, on the ground that it was against the weight of the evidence to find that the dog was vicious and that such fact was known to the owner. (Kennet v. Sossnitz, 286 N. Y. 623; Prince v. Fried, 194 App. Div. 282.) Hagarty, Adel and Aldrich, JJ., concur; Close, P. J., and Johnston, J., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KOURY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of violating section 986 of the Penal Law (book-making), modified on the facts by reducing the sentence to the time already served. As thus modified, the judgment is unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.